# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

Robert P. Young, Jr.,
Chief Justice

144690 & (43)(46)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EUIHYUNG KIM and IN SOOK KIM,
      Plaintiffs-Appellees,

v

SC: 144690
COA: 302528
Macomb CC: 2009-005347-CH

JP MORGAN CHASE BANK,
      Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration and the motion for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the January 12, 2012 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues of whether the defendant acquired the plaintiffs' loan by operation of law, and, if so, whether MCL 600.3204(3) applies to acquisition of a mortgage by operation of law, and further, if the foreclosure procedures in this case were flawed, whether the foreclosure is void *ab initio* or voidable.

The Michigan Association of Bankers, the Real Property Law Section of the State Bar of Michigan, and the Consumer Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012

_____
Clerk

t0502